FILED
2008 Dec-16 AM 10:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BESSIE N. NICHOLS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION )<br>SERVICES, INC.; EXPERIAN )<br>INFORMATION SOLUTIONS, INC.; )<br>TRANS UNION, LLC, )<br>)<br>Defendants. ) | Civil Action No.:<br>2:08-cv-02226-RRA |

## ORDER OF DISMISSAL

A notice of voluntary dismissal, signed by the plaintiff, having been filed in this action, and no defendant having answered or filed a motion for summary judgment, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), this case is **DISMISSED, without prejudice,** each party to bear their own costs.

DONE and ORDERED this 16th day of December, 2008.

Robert R. Armstrong, Jr.
United States Magistrate Judge